458 A.2d 282

Commonwealth v. Cheeseboro, Appellant.

Submitted December 14, 1982. Peter Rosalsky, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.